ACCEPTED
06-15-00120-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/6/2015 9:08:06 AM
DEBBIE AUTREY
CLERK

**NO. 06-15-00120-CR**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

11/6/2015 9:08:06 AM

DEBBIE AUTREY
Clerk

## IN THE SIXTH COURT OF APPEALS
## TEXARKANA, TEXAS

Trial Court Case No: 14-153-CR
From the 87th Judicial District Court
Freestone County, Texas

# PATRICK DEMON STEWART
**APPELLANT**
# V.
# THE STATE OF TEXAS
**APPELLEE**

**STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

Christopher E. Martin
County/District Attorney for Freestone County

By: Cari Warner
Assistant County Attorney
118 E. Commerce, Suite 305
Fairfield, Texas 75840
Telephone:     (903) 389-3977
Facsimile:      (903) 389-5289
SBN: 24085690
Email: cari.heinen@co.freestone.tx.us

November 6, 2015

IN THE SIXTH COURT OF APPEALS

PATRICK DEMON STEWART
**Appellant**
v.
THE STATE OF TEXAS
**Appellee**

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, Appellee, moves for an extension of SIXTY (60) days in which to file Appellee's Brief, pursuant to TEX. R. APP. P. 10.5 and shows:

I.

Pursuant to TEX. R. APP. P.10.5, THE STATE OF TEXAS, moves this Court to allow an extension of SIXTY (60) days to file Appellee's Brief. Appellant's brief was filed on or about October 9, 2015.

II. REQUIRED INFORMATION PURSUANT TO THE RULES OF APPELLATE PROCEDURE

A. *The deadline for filing the brief*: TEX. R. APP. P. 10.5(b)(1)(A): November 9, 2015.

B. *The length of extension sought*. TEX. R. APP. P. 10.5(b)(1)(B): Sixty (60) days.

*The facts relied upon to reasonably explain the need for the extension*. TEX. R. APP. P. 10.5(b)(1)(C):

The State's attorney is the Assistant County Attorney working in a two-attorney office. This office and its attorneys are engaged in a very large amount of cases including upcoming multiple criminal trials. Both attorneys in the office will be participating in the upcoming trials. As well, both attorneys were involved in a Capital Murder trial

starting October 19, 2015 and ending October 30, 2015. The State's Attorney needs this extension to adequately and sufficiently brief the matters before this Court.

C. *Number of previous extensions granted*. TEX. R. APP. P. 10.5(b)(1)(D): None for the State.

III.

The additional time requested is not sought solely for delay, nor sought frivolously, but will be of assistance to the State's attorney in preparing State's brief.

PRAYER

WHEREFORE, PREMISES CONSIDERED, The State of Texas requests that this Honorable Court grant this Motion and extend the deadline for filing Appellee's brief for sixty (60) days, or that this Court grant such additional time as is just and proper.

Respectfully Submitted,

Christopher E. Martin
County/District Attorney
Freestone County

By:

/s/ Cari Warner

_____

Cari Warner
Assistant County Attorney
Freestone County, Texas
118 E. Commerce, Suite 305
Fairfield, Texas 75840
Telephone:     (903) 389-3977
Facsimile:     (903) 389-5289
SBN:  24085690
Email: cari.heinen@co.freestone.tx.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the State's Brief was transmitted via EMAIL to Appellant's Counsel, Stan Schwieger, at wacocrimatty@yahoo.com, on November 6, 2015.

/s/ Cari Warner

_____

Cari Heinen
Assistant County Attorney